CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
K. NICHOLAS PORTZ
Nevada Bar Number 12473
Special Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6206
Email: nick.portz@usdoj.gov
Attorneys for the United States of America

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL INDICTMENT |
| Plaintiff, | Case No.: 2:22-cr-39 APG VCF |
| vs. | VIOLATION: |
| MARK WALKER, | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) – Felon in Possession of a Firearm |
| Defendant. | |

THE GRAND JURY CHARGES THAT:

### COUNT ONE
*(Felon in Possession of a Firearm)*

On or about January 10, 2022, in the State and Federal District of Nevada,

**MARK WALKER,**

defendant herein, knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year in the State of Nevada, to wit: *Battery Constituting Domestic Violence – Strangulation*, in the Eighth Judicial District Court for Clark County, Nevada, on or about

March 12, 2013, in Case No. C286502-1; *Conspiracy to Commit Robbery* in the Eighth Judicial District Court for Clark County, Nevada, on or about February 24, 2009, in Case No. C250990; *Battery Constituting Domestic Violence* and *Trafficking in Controlled Substance* in the Eighth Judicial District Court for Clark County, Nevada, on or about August 4, 2005, in Case No. C212601; *Possession of Controlled Substance* in the Eighth Judicial District Court for Clark County, Nevada, on or about August 4, 2005, in Case No. C207389; and *Reckless Driving* and *Possession of Controlled Substance with Intent to Sell* in the Eighth Judicial District Court for Clark County, Nevada, on or about May 8, 2001, in Case No. C171898, did knowingly possess a firearm, to wit: a Springfield Armory model XDM9, 9-millimeter handgun bearing serial number MG427593, said possession being in and affecting interstate commerce and said firearm having been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

DATED: this 16th day of February, 2022.

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

CHRISTOPHER CHIOU
Acting United States Attorney

By [signature]
K. NICHOLAS PORTZ
Special Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2