# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARK WALKER,<br><br>　　　　Defendant. | Case No.: 2:22-cr-39 APG VCF<br><br>**Order for Issuance of Writ of Habeas Corpus Ad Prosequendum For MARK WALKER**<br>(ID # 933572) |

　　Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

　　IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of MARK WALKER, before the United States District Court at Las Vegas, Nevada, on or about _____, for initial appearance regarding a Criminal Indictment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

I/A&A/P Mon 2/28/2022
2:30 p.m., NJK, 3C

　　DATED: February 16, 2022

　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　HONORABLE DANIEL J. ALBREGTS
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

```
CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
K. NICHOLAS PORTZ
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
nick.portz@usdoj.gov
Representing the United States of America
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK WALKER,<br><br>Defendant. | Case No.: 2:22-cr-*39 APG VCF*<br><br>**Petition for Writ of Habeas Corpus Ad Prosequendum for**<br>**MARK WALKER**<br>**(ID # 933572)** |

The United States of America respectfully requests that the Court issue a Writ of Habeas Corpus Ad Prosequendum directing the Warden, Clark County Detention Center, Las Vegas, Nevada, and the United States Marshal for the District of Nevada to produce MARK WALKER, before the United States District Court on or about I/A&A/P *Mon 2/28/2022* — 2:30 p.m., NJK, 3C _____, for initial appearance regarding a Criminal Indictment.

MARK WALKER, is currently in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

On February 16, 2022, a federal grand jury in this District returned an Indictment in the above-captioned matter charging MARK WALKER.

Accordingly, the Government requests a Writ of Habeas Corpus Ad Prosequendum so that the United States Marshals Service can produce MARK WALKER, before this Court for the purpose of initial appearance regarding a Criminal Indictment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by this Court, to appear before this Court, and when excused by this Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

Respectfully submitted this 16th day of February, 2022.

CHRISTOPHER CHIOU
Acting United States Attorney

By /s/
K. NICHOLAS PORTZ
Assistant United States Attorney

Attorneys for Plaintiffs
UNITED STATES OF AMERICA